WENDY J. OLSON, IDAHO BAR NO. 7634
UNITED STATES ATTORNEY
ANTHONY G. HALL, IDAHO BAR NO. 2951
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF IDAHO
800 PARK BLVD., SUITE 600
BOISE, IDAHO  83712
TELEPHONE:  (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CV- |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | VERIFIED COMPLAINT |
| Real Property located at 5294 BANDY ROAD, ) | IN REM |
| PRIEST RIVER, BONNER COUNTY, IDAHO, ) | |
| and all fixtures, improvements and ) | |
| appurtenances thereon (Owner of Record: ) | |
| Nathan A. Schumacher), ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, United States of America, by its attorneys, Wendy J. Olson, United States Attorney for the District of Idaho, and Anthony G. Hall, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure:

VERIFIED COMPLAINT IN REM - 1

## NATURE OF THE CASE

1.      This is a an action *in rem* to forfeit and condemn to the use and benefit of the United States of America the following property for violations of 21 U.S.C. § 841 et seq., said property being subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and (7), which provide in pertinent parts:

**(a) Subject property**

The following shall be subject to forfeiture to the United States and no property right shall exist in them:

* * *

**(6)** All . . . things of value furnished or intended to be furnished by any person in exchange for a controlled substance . . . in violation of [21 U.S.C. §§ 841 *et seq.*] [and] all proceeds traceable to such an exchange, and all moneys . . . used or intended to be used to facilitate any violation of [21 U.S.C. §§ 841 *et seq.*] .

**(7)** All real property, including any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of [21 U.S.C. §§ 841 *et seq.*] punishable by more than one year's imprisonment.

21 U.S.C. § 881(a).

## THE DEFENDANTS IN REM

2.      The following real property is subject to forfeiture and hereinafter referred to as "Subject Property":

>   Property located at 5294 BANDY ROAD, PRIEST RIVER, BONNER COUNTY, IDAHO, more particularly described as follows:
>
>   That part of the South Half of the Southwest Quarter of Section 13, Township 55 North, Range 4 West, Boise Meridian, lying between the Bandy County Road Right of Way and the East side of the Spokane International Railroad right of way.

VERIFIED COMPLAINT IN REM - 2

3. The owner of record of the Subject Property is Nathan A. Schumacher.

4. Dane Schumacher may have an interest in the Subject Property.

5. The Subject Property has not been seized but is located within this district and within the jurisdiction of the Court. The United States does not request authority from the Court to seize the Subject Property at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1) will:

    a. post notice of this action and a copy of the complaint on the Subject Property;

    b. serve notice of this action on the owner of the Subject Property, and any other person or entity who may claim an interest in the Subject Property, along with a copy of this complaint;

    c. execute a writ of entry for purposes of conducting an inspection and inventory of the property if it deems appropriate; and

    d. file a notice if *lis pendens* as to the Subject Property in the county records of the status as a defendant in this *in rem* action.

6. If the United States deems it appropriate, as provided in 19 U.S.C. § 1606, it will appraise the Subject Property when it executes the Writ of Entry.

## JURISDICTION AND VENUE

7. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Subject Property. The Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

8. The Court has *in rem* jurisdiction over the Subject Property under 28 U.S.C. § 1355(b), because acts or omission giving rise to the forfeiture occurred in this district.

VERIFIED COMPLAINT IN REM - 3

Moreover, the Court will have control over the property pursuant to 18 U.S.C. § 985(c)(1) and Supplemental Rule G(3)(a) when the Government posts a notice of the complaint on the Subject Property and serves notice on the property owner, along with a copy of the complaint.

9. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district; and pursuant to 28 U.S.C. § 1395 because the properties are located in this district.

## BASIS FOR FORFEITURE

10. The Subject Property is forfeitable pursuant to 21 U.S.C. § 881(a)(6) and (7) as the property is traceable in whole or in part to proceeds of exchanges for controlled substances, and further because it was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. § 801, *et seq.*

## FACTS

11. The facts in support of this forfeiture action are set out in the Affidavit of Jon T. Wiseman, Special Agent, Drug Enforcement Administration, attached hereto as Exhibit "A" and incorporated herein by reference.

## CLAIM FOR RELIEF

12. WHEREFORE, the United States prays that the Subject Property be forfeited to the United States, that the plaintiff be awarded its costs and disbursements in this action, and

VERIFIED COMPLAINT IN REM - 4

for such other and further relief as this Court deems proper and just.

DATED this 12th day of June 2012.

>Respectfully submitted,
>WENDY J. OLSON
>UNITED STATES ATTORNEY
>BY
>
>___/s/_____
>ANTHONY G. HALL
>Assistant United States Attorney

## **VERIFICATION**

I, Special Agent Jon Wiseman, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except those matters not within my own personal knowledge are alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my involvement in the investigation of this case, together with other officers, as a Special Agent of the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of June, 2012.

>__/s/_____
>Jon T. Wiseman, Special Agent
>Drug Enforcement Administration

VERIFIED COMPLAINT IN REM - 5