Barry McHugh
Kootenai County Prosecuting Attorney
By: Patrick M. Braden, ISB # 6020
451 N. Government Way
P.O. Box 9000
Coeur d'Alene, Idaho 83816-9000
Telephone: (208) 446-1620
Fax: (208) 446-1621

Attorney for Claimant Kootenai County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 5294 BANDY ROAD, PRIEST RIVER, BONNER COUNTY, IDAHO, and all fixtures, improvements and appurtenances thereon (Owner of Record: Nathan A. Schumacher),<br><br>Defendant. | Case No. **CV-12-296-N-CWD**<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST** |

COMES NOW Claimant Kootenai County, by and through its attorney, Patrick M. Braden, Civil Deputy Prosecuting Attorney, and presents this honorable Court, pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure ("Supplemental Rules"), with its

**VERIFIED CLAIM AND STATEMENT OF INTEREST – 1**
H:\County Assistance\USA v Real Property Located at 5294 Bandy Road, Priest River\Verified Claim and Statement of Interest.doc

claim for reimbursement of county indigent medical assistance approved and paid pursuant to Title 31, Chapter 35, Idaho Code, with respect to the real property that is the subject of the Verified Complaint In Rem filed in this matter on June 12, 2012, and the Notice of Complaint for Forfeiture filed in this matter on October 30, 2014.

## I. Jurisdiction

The Court has jurisdiction over this matter under 28 U.S.C. § 1345 and 28 U.S.C. § 1355.

## II. Standing

Claimant has standing under Rule G(5)(a) of the Supplemental Rules as a party asserting a legal interest in the property referenced herein. Such interest is secured by a lien which is prior in time to the claim of United States for forfeiture of the property.

## III. Specific Property Claimed

The specific property that is the subject of this Claim ("the subject property") is the real property located at 5294 Bandy Road, Priest River, Bonner County, Idaho, including all fixtures, improvements and appurtenances thereon, more particularly described as follows:

> That part of the South Half of the Southwest Quarter of Section 13, Township 55 North, Range 4 West, Boise Meridian, lying between the Bandy County Road Right of Way and the East side of the Spokane International Railroad right of way.

## IV. Identity of Claimant and Claimant's Interest in the Property

A. Identity of Claimant. The Claimant is Kootenai County, a political subdivision of the State of Idaho, on behalf of Kootenai County Assistance, a department of the Clerk of the District Court for Kootenai County.

B. Claimant's Interest in the Property. Claimant Kootenai County hereby asserts its claim against the subject property for reimbursement of county indigent medical assistance approved and paid on behalf of Dane Schumacher pursuant to Title 31, Chapter 35, Idaho Code, for the reasons stated below.

Under 18 U.S.C. § 981(f), "[a]ll right, title, and interest in property [that is subject to civil forfeiture under] subsection (a) of this section shall vest in the United States upon commission of the act giving rise to forfeiture under this section." *See also* U.S. Const. Art. 6, cl. 2 (the "Supremacy Clause"). Thus, County liens are not enforceable against the United States after it has obtained final, clear title to the property.

Dane Schumacher was the recipient of County indigent medical assistance pursuant to an order approving such assistance which was signed by the Kootenai County Board of Commissioners on April 9, 2009. *See* **Exhibit A**. He currently owes $53,210.07 in reimbursement to the County for this assistance pursuant to Idaho Code § 31-3510A. *See* **Exhibit B**. Pursuant to Idaho Code § 31-3504 and § 31-3510A, an automatic lien against all real and personal property of an applicant for assistance attaches upon the first day of the medical services for which assistance is sought, which must be perfected through the filing of a notice of lien with the office of the county recorder (with respect to real property).

According to the order, the first day on which services were rendered was November 22, 2005, at which time Dane was a resident of Kootenai County, and the application for assistance pertaining to these services was filed on April 27, 2006. *See* **Exhibit A**, pp. 2-3. A notice of lien was originally filed in Kootenai County on May 12, 2006 in order to timely perfect the lien. *See* **Exhibit C**. A notice of lien (Form N1) was

also filed with the Idaho Secretary of State on May 8, 2006. *See* **Exhibit D**. Sometime after those notices of lien were filed, Kootenai County Assistance staff learned that Dane had purchased the subject property in Bonner County. Thus, the notice of lien originally filed in Kootenai County was filed in Bonner County on March 2, 2009. *See* **Exhibit E**. A notice of lien specifically describing the subject property was also filed in Bonner County on March 2, 2009. *See* **Exhibit F**.

Dane Schumacher purchased the subject property on July 13, 2005. *See* **Exhibit G**. He then conveyed the property via quitclaim deed to his son, Nathan Schumacher, the current owner of record, on June 6, 2006. *See* **Exhibit H**. This was after Dane had applied for assistance with the County, which is the date of priority for the County lien under Idaho Code § 31-3504. *See* **Exhibit A**. Therefore, Nathan took title to the property subject to the County's previously recorded lien. In addition, Dane, through his legal counsel, has filed a Notice of Interest in the subject property in this action, *see* **Exhibit I**, and there may be facts which show that Dane still has ownership of, or an interest in, the subject property notwithstanding Nathan's legal title. Accordingly, the divestiture of legal title to the subject property to Nathan after the priority date of the County's lien should not defeat the County's claim to the proceeds of the sale of the property should it be forfeited to the United States.

This claim is intended to preserve Claimant's right to collect reimbursement of county indigent medical assistance approved and paid on behalf of Dane Schumacher pursuant to Title 31, Chapter 35, Idaho Code from the proceeds of the sale of this property, should it be forfeited to the United States, at which point Claimant's interest would otherwise be extinguished. Therefore, should the subject property be forfeited to

the United States, Claimant requests that the Court enter an order approving this claim in order to allow the County to be paid from the proceeds of the sale of the property.

**V. Relief Requested**

Based on the above, including the exhibits attached to this Claim, Claimant Kootenai County respectfully requests that the Court approve the County's claim for reimbursement of county indigent medical assistance set forth above with respect to the real property subject to forfeiture to the United States in this action. Should the subject property be forfeited to the United States, Claimant further requests that the Court order that the reimbursement for assistance paid to Dane Schumacher be paid from the proceeds of the sale of the property.

Dated this 21st day of November, 2014.

Kootenai County Prosecuting Attorney

[signature]

Patrick M. Braden
Attorney for Claimant Kootenai County

**VERIFICATION**

STATE OF IDAHO }
}*ss.*
COUNTY OF KOOTENAI }

CARRIE McCRITE, being first duly sworn upon oath, deposes and says:

I am Claim Specialist/Interviewer - Kootenai County Assistance for Kootenai County, Idaho. I am familiar with the facts and matters stated herein. I declare under penalty of perjury that the facts and matters stated herein are true and correct to the best of my knowledge, information and belief.

Carrie McCrite
Carrie McCrite

SUBSCRIBED AND SWORN to before me this 21st day of November, 2014.

TERESA A. MURPHY NOTARY PUBLIC STATE OF IDAHO

Teresa A. Murphy
Notary Public for the State of Idaho
Residing at: CDA
My Commission Expires: 7-21-2020

## CERTIFICATE OF SERVICE

I hereby certify that on the 24 day of November, 2014, I served a copy of the foregoing on the following CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Anthony G. Hall
US ATTORNEY'S OFFICE
MK Plaza, Plaza IV
800 Park Blvd., Suite 600
Boise, ID 83712
Email: Anthony.Hall@usdoj.gov

Nicolas V. Vieth
VIETH LAW OFFICES, CHTD.
912 E. Sherman Avenue
Coeur d'Alene, ID 83814
E-Mail: nick@viethlaw.com

Patrick M. Braden

BEFORE THE BOARD OF COUNTY COMMISSIONERS

OF KOOTENAI COUNTY, STATE OF IDAHO

In the Matter of the

APPLICATION OF DANE SCHUMACHER FOR COUNTY INDIGENT MEDICAL ASSISTANCE

Request No. [redacted]

AMENDED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

The above-entitled matter was presented to the Board of County Commissioners of Kootenai County, Idaho, on Tuesday, 9/09/08, at the hour of 8:55 a.m., for an appeal of Dane Schumacher, Claimant, from the Initial Determination of Denial rendered on 06/02/06 for Request No. [redacted]. Present at the appeal hearing were Chairman Elmer R. Currie, Commissioner W. Todd Tondee, and Commissioner Richard A. Piazza. Also present at the appeal hearing were Kootenai County Civil Attorney Jethelyn Harrington, County Assistance Interviewer Cindy Lindquist, and Deputy Clerk Ranell Sims. The appellant was present.

At the commencement of the hearing, Lindquist submitted Exhibits "A" through "Z" and "AA" through "DD" into the record of the proceedings. Schumacher stated that his only income is from family members. He stated that he quitclaimed property he owned in Bonner County to his son, Nathan, shortly after his medical expenses were incurred so Nathan could get a loan against the property to finance the digging a well on the property. Having heard the testimony, Commissioner Tondee moved that the Board continue the hearing until 10/21/08 to allow time for Schumacher to either get a consensual lien on the property in his son's name, or have Nathan quitclaim the property back to Schumacher so a lien could be placed on the property.

EXHIBIT
A
CV-12-296-N-CWD

On Tuesday, 10/21/08, at the hour of 9:40 a.m., the Board reconvened to deliberate on the above matter. Present at the deliberations were Chairman Elmer R. Currie and Commissioner W. Todd Tondee. Commissioner Richard A. Piazza was excused. Also present at the deliberations were Kootenai County Civil Attorney Jethelyn Harrington, County Assistance Interviewer Cindy Lindquist, and Deputy Clerk Ranell Sims. The appellant was present. At the commencement of the deliberations, Lindquist submitted Exhibits "EE" through "II" into the record of the proceedings. At the 10/21/08 hearing, the Board affirmed the denial due to Mr. Schumacher's having divested himself of property within one year following his medical emergency.

On December 3, 2008, Kootenai Hospital District filed a Petition for Judicial Review in the matter under Kootenai County Case Number CV-08-9698. Notice of Lodging of the Transcript and Agency Record was filed on 12/17/09. Notice of Settlement and Filing of Transcript was filed with the Court on 1/5/09.

On 3/10/09 the Board of County Commissioners met again and discussed [redacted] again. There they decided upon the advice of counsel that it was not feasible to pursue the defense of this matter due to the wording of Idaho Code § 35-3511(3).

The Board, having heard and weighed the testimony and evidence presented, make the following findings of fact, conclusions of law, and order.

## FINDINGS OF FACT

1.) Dane Schumacher (Schumacher) is a single person age [redacted]. (Exhibit B pg. 2)

2.) An application for county indigent medical assistance was timely submitted by Kootenai Medical Center on 4/27/06 as required under Idaho Code § 31-3505. (Exhibit B.)

3.) On 5/12/2006 the County filed a lien with the Kootenai County Recorder's Office per I.C. § 31-3501 against Mr. Schumacher with a priority date of 11/22/05. (Ext. X pg. 1 of 1.)

4.) Schumacher did not attend an interview scheduled on 5/17/06. (Ext. C pg. 1, Ext. F.)

5.) On 6/16/06 Schumacher called to say that he wanted nothing to do with the county application and that he had signed over his property to his son Nathan. (Exhibit C pg. 3.)

6.) Schumacher participated in a telephone deposition on 5/23/07. (Exhibit C pg. 1 .)

7.) At the time of the telephone interview, Schumacher did not have income and son, Nathan, provided for his needs. Present income is unknown. (Exhibits C pg. 3.)

8.) Schumacher stated that he has not worked or filed an income tax return since 1998. (Exhibit C pg. 1.)

9.) Schumacher stated that his only asset is a 1998 Harley Davidson motorcycle. (Exhibits C pg. 2, Exhibit B pg. 6.)

10.) On 6/15/05 Schumacher sold his Post Falls property. Cash received totaled $108,912.85. (Exhibit Z)

11.) On 7/13/05 Schumacher purchased property located in Priest River (Bonner County) in the amount of $65,136.00. Exhibit AA

12.) Medical bills totaling $96,330.47 were incurred from 11/22/05 through 1/31/06 due to [redacted]. (Exhibit B, Exhibit D and Exhibit DD)

13.) On 6/6/06 Schumacher divested himself of assets by quit claiming his Bonner County property over to his son Nathan A. Schumacher. (Exhibit BB.)

14.) The medical bills of $96,330.47 divided by 60 months, equals $1,605.50. This is the amount that Schumacher must be able to pay in order to avoid being medically indigent under Idaho law.

15.) Schumacher purchased property in Bonner County on 7/13/05. Pursuant to Idaho Code 31-3506(a), six months from 7/13/05, or as of 1/13/06, Schumacher would be considered a Bonner County resident.

16.) The County issued an Initial Determination of Denial of Request No. [redacted] on 06/02/06, denying the request for assistance. (Exhibit D.) The denial was based on the grounds that:

a. Per Idaho Code § 31-3502(17), resources shall include the ability of an applicant & obligated persons to pay for necessary medical services over a period of up to five (5) years.

b. The applicant did not cooperate in presenting for an interview, nor did he provide the required information and documentation, as required under Idaho Code §31-3505A(2).

c. The truth of the matters contained in the application were not sworn to by the applicant as required under Idaho Code § 31-3504. Therefore, the application was incomplete.

d. Per Idaho Code § 31-3502(12), a resident does not include a person who comes into this state for temporary purposes such as seasonal labor, education or vacation. The applicant has failed to prove that he has been a resident of the State of Idaho for the past 30 consecutive days.

17.) On 6/12/06 Kootenai Medical Center timely filed an Indigent Appeal Request for Request No. [redacted] with the County, as required under Idaho Code § 31-3505D. (Exhibit G.)

18.) A notice of the scheduled appeal hearing was mailed to Schumacher via certified mail on 6/12/06 with a copy to Kootenai Medical Center. (Exhibit H.)

19.) A notice of the appeal hearing scheduled for 9/9/08 at 8:55 a.m. was mailed to Schumacher via certified mail on 7/21/08 with a copy to Michael Hague, Attorney at Law representing Kootenai Medical Center. (Exhibit K, Exhibit L.)

20.) Schumacher appeared for the Appeal Hearing on 09/09/08 and stated that his only income is from family members. He stated that he quitclaimed the property he owned in Bonner County to his son, Nathan, shortly after his medical expenses were incurred so Nathan could get a loan against the property to finance digging a well on the property.

21.) Commissioner Tondee moved that the Board continue the hearing until 10/21/08 to allow time for Schumacher to either get a consensual lien on the property in his son's name or have Nathan quit claim the property back to Schumacher so a lien can be placed on the property.

22.) It was evident in several phone calls to both Schumacher and Nathan that quitclaiming the property back to Schumacher was not an option. Nathan stated that he had consulted an attorney regarding the issue.

23.) A notice of the Appeal Hearing was mailed to Schumacher via certified mail on 09/29/08 with a copy to Michael Hague, Attorney at Law representing Kootenai Medical Center. (Exhibit HH.) A copy was also mailed to Nathan Schumacher. (Exhibit II.)

24.) On 3/2/2009 the County filed a lien with the Bonner County Recorder's Office per I.C. § 31-3501 against Mr. Schumacher with a priority date of 11/22/05. A copy of this lien is attached.

25.) One 3/2/2009 the County filed a lien with the Bonner County Recorder's Officer per I.C. § 31-3501 against real property with a description of 13-55N-4W S2SW 3 OF RR & WEST OF CO RD, with a priority date of 11/22/05. A copy of this lien is attached.

## CONCLUSIONS OF LAW

1.) Pursuant to Idaho Code § 31-3503, the Kootenai County Board of Commissioners is charged with accounting for, and maintaining the medically indigent residents of Kootenai County, up to $10,000.00 per claim in the aggregate for a twelve (12) month period for necessary medical services.

2.) Idaho Code § 31-3502(1) defines "medically indigent" as any person who is need of necessary medical services and who does not have income and other resources available from whatever source sufficient to enable the person to pay for necessary medical services.

3.) Schumacher has established that he was a Kootenai County resident as required under Idaho Code §§ 31-3502(12), 31-3503, and 31-3506.

4.) Schumacher received necessary medical services, as defined in Idaho Code § 31-3502(18).

5.) Idaho Code § 31-3502(17) provides in part:

> "Resources" means all property, whether tangible or intangible, real or personal, liquid or nonliquid, including, but not limited to, all forms of public assistance, crime victim's compensation, worker's compensation, veterans benefits, Medicaid, Medicare and any other property from any source for which an applicant and/or an obligated person may be eligible or in which he or she may have an interest. Resources shall include the ability of an applicant and obligated persons to pay for necessary medical services over a period of up to three (3) years.

6.) The Board finds that Schumacher divested himself of assets following his medical emergency. (Exhibit BB.)

7.) Idaho Code § 31-3511 (3) states in part, "the Board may deny an application if the applicant has divested himself of resources within one year prior to filing an application in order to become eligible for assistance". Therefore, the Board concludes that

Schumacher is "medically indigent" as defined by Idaho Code § 31-3502(1) because he divested himself of assets within one year following his medical emergency. This code section does not apply to request number [redacted] because Mr. Schumacher divested himself of assets after his medical emergency.

8.) The County's first lien of 5/12/06 filed with the Kootenai County Recorder's Office with a priority date of 11/22/05 was in place before Mr. Schumacher quitclaimed his property to his son therefore this lien will grant Kootenai County first priority status.

9.) The total medical bills of $98,280.47 divided by 60 months equals $1,638.01. (Exhibit D.)

10.) Schumacher is currently unemployed and was denied SSI. Under Idaho Code § 31-3502, Schumacher is eligible for assistance if his monthly discretionary income is less than this amount and he lacks other resources evidencing a present ability to pay the medical bills for which assistance has been requested.

11.) Therefore, The Board concludes that Schumacher is "medically indigent" as defined by Idaho Code § 31-3502(1) because he does not have sufficient resources with which to pay the debt over a five (5) year period.

**ORDER**

Based upon the foregoing Findings of Fact and Conclusions of Law, the Kootenai County Board of Commissioners hereby reverses its prior Initial Determination of Denial of Request No. [redacted], for medical services provided to Dane Schumacher and orders that the County pay the following bills:

| | | |
|---|---|---|
| [redacted] | 11/22-12/12/05 | 50.00 |
| [redacted] | 11/25/05-1/09/06 | 300.00 |
| [redacted] | 11/22-11/28/05 | 6,950.00 |
| [redacted] | 11/22/05 | 603.25 |
| [redacted] | 11/28/05 | 3,770.00 |
| [redacted] | 12/12/05 | 116.55 |
| [redacted] | 12/12-12/29/05 | 428.40 |
| [redacted] | 1/04-1/30/06 | 489.60 |
| [redacted] | 1/09/06 | 186.85 |
| [redacted] | 11/22-12/06/05 | 85,385.82 |
| | Total: | $ 98,280.47 |

Payment of approved bills shall be for no more than the Unadjusted Medicaid Rate pursuant to Title XIX of the Social Security Act. Acceptance of County payment constitutes payment in full and the provider shall not seek additional funds from the applicant. Idaho Code § 31-3502 (5) and § 31-3519 (3). All charges are subject to Kootenai County's right to review the reasonableness of all charges. Pursuant to Idaho Code § 31-3519(1), upon receipt of a final determination approving an application for necessary medical services, an applicant, a provider,

or the third party on behalf of the applicant, shall, within sixty (60) days, submit a county claim in accordance with the procedures provided in Chapter 15, Title 31, Idaho Code.

Pursuant to Idaho Code § 31-3501A, it is hereby further ordered that Schumacher enter into a repayment agreement, with a monthly payment no less than $25.00 per month, as reimbursement to the County for the indigent assistance received for payment of the aforementioned medical bills.

Dated this 9th day of April, 2009.

**BOARD OF KOOTENAI COUNTY COMMISSIONERS**

Elmer R. Currie, Chairman

Richard A. Piazza, Commissioner

W. Todd Tondee, Commissioner

**ATTEST:**
DANIEL J. ENGLISH, CLERK

By: Deputy Clerk

CLERK OF 1ST DISTRICT FIRST JUDICIAL DISTRICT-KOOTENAI COUNTY OFFICE AUDITOR AND RECORDER STATE OF IDAHO

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of this document was mailed by U.S. Mail, postage prepaid, to the parties listed below on 4-9-09 by Terie Murphy.

Dane Schumacher

[redacted]

Michael Hague, Attorney-At-Law

Jethelyn Harrington, Kootenai County Prosecuting Attorney, Civil Division

File

Findings of Fact, Conclusions
of Law, and Order

10

# ASSISTANCE PAYMENTS REPORT

**Request No./Name:** [redacted] SCHUMACHER, DANE LOU

**Anniversary Dt:** 11/22/2005 **First DOS:** 11/22/2005

| Service Dates | Provider Name | Posted/ Submitted for Pmt | Warrant Date * | Status | CAT Pd Date | Reference | Billed Amount | County Paid | CAT Paid | CAT? |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/22/2005-12/06/2005 | [redacted] | 05/12/09 | | Paid | 05/12/09 | ACCT # [redacted] | 84,947.07 | 6,059.23 | 43,210.07 | Y |
| 11/22/2005-11/22/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 603.25 | 184.35 | 0.00 | Y |
| 11/22/2005-12/12/2005 | [redacted] | | | Unpaid | | | 50.00 | 0.00 | 0.00 | Y |
| 11/22/2005-11/22/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 283.00 | 138.40 | 0.00 | Y |
| 11/22/2005-11/28/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 62.30 | 17.22 | 0.00 | Y |
| 11/22/2005-11/22/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 250.00 | 90.93 | 0.00 | Y |
| 11/23/2005-11/23/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 31.15 | 8.61 | 0.00 | Y |
| 11/25/2005-11/25/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 87.00 | 34.93 | 0.00 | Y |
| 11/27/2005-11/30/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 52.00 | 16.82 | 0.00 | Y |
| 11/28/2005-12/03/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 78.00 | 25.23 | 0.00 | Y |
| 11/28/2005-11/28/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 6,700.00 | 1,943.70 | 0.00 | Y |
| 11/28/2005-11/28/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 3,770.00 | 942.23 | 0.00 | Y |
| 11/29/2005-11/29/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 26.00 | 8.41 | 0.00 | Y |
| 12/02/2005-12/02/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 26.00 | 8.41 | 0.00 | Y |
| 12/04/2005-12/04/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 62.30 | 17.22 | 0.00 | Y |
| 12/12/2005-12/29/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 428.40 | 214.20 | 0.00 | Y |
| 12/12/2005-12/12/2005 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 116.55 | 15.19 | 0.00 | Y |
| 01/04/2006-01/30/2006 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 489.60 | 244.80 | 0.00 | Y |
| 01/09/2006-01/09/2006 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 186.85 | 19.88 | 0.00 | Y |
| 01/09/2006-01/09/2006 | [redacted] | 05/12/09 | | Paid | | ACCT # [redacted] | 31.00 | 10.24 | 0.00 | Y |
| | | | | | | Total Billed | 98,280.47 | 10,000.00 | 43,210.07 | |
| | | | | | | - Total Rejected | 0.00 | | | |
| | | | | | | | 98,280.47 | | | |

Total **$98,280.47** / 60 months = **$1,638.01** per month

* * * * * * * * * * END OF REPORT * * * * * * * * * *

tabbies
EXHIBIT
B
CV-12-296-N-CWD

* Warrant date will only be displayed if you are posting to CAI's financial program

OFFICE OF THE
**KOOTENAI COUNTY ASSISTANCE**
451 GOVERNMENT WAY
COEUR D'ALENE, ID 838169000
PHONE (208) 446-1880 FAX (208) 446-2177

PAGE 1

| | |
|---|---|
| Total Due: | 53,210.07 |
| Total Paid: | 0.00 |
| Balance Due: | 53,210.07 |

Statement Date: 03/01/2011

Bill To: SCHUMACHER, DANE LOU
P.O. BOX 411
RATHDRUM, ID 83858

Applicant: SCHUMACHER, DANE LOU
Payment: $50.00 Monthly
Terms: CAT
County Case:

***** ACCOUNT DELINQUENT!! IF PAYMENT IS NOT MADE WITHIN 30 DAYS, IT WILL BE TURNED OVER TO COLLECTIONS & ADDITIONAL FEES (UP TO 33%) WILL BE ADDED. *****

Please return this portion with your payment

Mail Payment To: **KOOTENAI COUNTY ASSISTANCE**
**P O BOX 9000**
**COEUR D'ALENE, ID 838169000**

SCHUMACHER. DANE LOU
P.O. BOX 411
RATHDRUM. ID 83858

Statement Date: 03/01/2011
County Case:
Last Paid:
Request #: [redacted]

Payment Due: 03/20/2011

**Amount Enclosed:** ____________________

IN024

NOTICE OF LIEN AND APPLICATION
FOR MEDICALLY INDIGENT BENEFITS

RE: Request Number: [redacted]

DANIEL J. ENGLISH 1P I 2030761000
KOOTENAI CO. RECORDER Page 1 of 1
BBB Date 05/12/2006 Time 09:10:23
REC-REQ OF KC ASSISTANCE
RECORDING FEE: 0.00
2030761000 XN
10

Pursuant to Idaho Code §31-3501 et seq., the Board of County Commissioners of Kootenai County, hereby claim a statutory lien on behalf of Kootenai County and/or the Catastrophic Health Care Costs Program in an unliquidated amount against all real and/or personal property including but not limited to the following described property of SCHUMACHER, DANE LOU, whose last known address is P.O. BOX 411, Rathdrum ID 83858. Said lien arises from an application which was filed on April 27, 2006 for necessary medical services which were rendered to the above named individual(s), or their minor dependent(s), which service commenced on November 22, 2005 and for any follow up care required for this illness or injury.

LEGAL DESCRIPTION: NONE

BOARD OF KOOTENAI COUNTY COMMISSIONERS

[signature]
S.J. "GUS" JOHNSON

ELMER R. CURRIE

[signature]
KATIE BRODIE

STATE OF IDAHO )
) ss.
County of Kootenai )

On this 11th day of May, in the year 2006, before me Cindy Lindquist, personally appeared S.J. "GUS" JOHNSON, ~~ELMER R. CURRIE~~, KATIE BRODIE, know or identified to me to be the County Commissioners of Kootenai County, Idaho that executed the said instrument, and acknowledged to me that such Board of County Commissioners of Kootenai County, Idaho executed the same

[signature: Cindy Lindquist]
Notary Public for the State of Idaho
Residing at: Cd'A
My Commission Expires: 4/23/09
cc:

CINDY LINDQUIST NOTARY PUBLIC STATE OF IDAHO

EXHIBIT
C
CV-12-296-N-CWD

IN100

# STATE OF IDAHO – COUNTY MEDICAL – FORM N1

Mail To: Secretary of State
UCC Division
700 W Jefferson
PO Box 83720
Boise, ID 83720-0080

Telephone: 208-334-3191

Fax: 208-334-2847

This block for Filing Office use only.

IDAHO SECRETARY OF STATE
05/08/2006 05:00
CK: NONE CT: 78520 BH: 953410
1 @ 0.00 = 0.00 MEDIC LIEN # 2
Filing Number:
N 20603

Instructions:
1. Please type and sign this form in black.
2. File only the original. Make copies for your file. The original will be returned as your acknowledgment.
3. Enter only one debtor's name or assumed name per debtor block exactly as it is to be indexed. If more than four names, use an attached sheet.
4. When the obligation has been satisfied, complete the Termination Statement and return the original to the filing officer.

Name or business name of each debtor against whom the lien is claimed, and the address of each.

| | First Name | Middle Name | Suffix |
|---|---|---|---|
| 1. Organization or Indiv. Last Name: SCHUMACHER | DANE | LOU | |
| Address: PO BOX 411 | City: RATHDRUM | State: ID | Zip: 83858 |
| 2. Organization or Indiv. Last Name | First Name | Middle Name | Suffix |
| Address | City | State | Zip |
| 3. Organization or Indiv. Last Name | First Name | Middle Name | Suffix |
| Address | City | State | Zip |
| 4. Organization or Indiv. Last Name | First Name | Middle Name | Suffix |
| Address | City | State | Zip |

Secured Party Name and Address

| Organization or Indiv. Last Name | First Name | Middle Name | |
|---|---|---|---|
| Kootenai County Assistance | | | |
| Address: P.O. Box 9000 | City: Coeur d'Alene | State: ID | Zip: 83816-9000 |

Assignee Name and Address

| Organization or Indiv. Last Name | First Name | Middle Name | |
|---|---|---|---|
| Address | City | State | Zip |

Acknowledgment Name and Address, If not Secured Party

| Organization or Indiv. Last Name | First Name | Middle Name | |
|---|---|---|---|
| Address | City | State | Zip |

This financing statement covers the following types or items of property:

FORD RANGER PICKUP VIN # 1FTYR15E24PB21693

The date on which the medical services were provided was: 11 / 22 /2005 . Notice of application for medical indigency benefits, and lien on all real & personal property of the applicant (debtor), pursuant to Section 31-3504, I.C.

Signature of Secured Party: Cindy Lindquist, Deputy Clerk

TERMINATION STATEMENT

The Secured Party no longer claims a security interest under the financing statement.

Signature of Secured Party / Assignee of Record

Rev. 07/2001

EXHIBIT D
CV-12-296-N-CWD

095


767698

# NOTICE OF LIEN AND APPLICATION FOR MEDICALLY INDIGENT BENEFITS

RE: Request Number: [redacted]

DANIEL J. ENGLISH 1P I 2030761000
KOOTENAI CO. RECORDER Page 1 of 1
BBB Date 05/12/2006 Time 09:10:23
REC-REQ OF KC ASSISTANCE
RECORDING FEE: 0.00
2030761000 XN 10

Pursuant to Idaho Code §31-3501 et seq., the Board of County Commissioners of Kootenai County, hereby claim a statutory lien on behalf of Kootenai County and/or the Catastrophic Health Care Costs Program in an unliquidated amount against all real and/or personal property including but not limited to the following described property of SCHUMACHER, DANE LOU, whose last known address is P.O. BOX 411, Rathdrum ID 83858. Said lien arises from an application which was filed on April 27, 2006 for necessary medical services which were rendered to the above named individual(s), or their minor dependent(s), which service commenced on November 22, 2005 and for any follow up care required for this illness or injury.

LEGAL DESCRIPTION: NONE

FILED BY Kootenai Co Assistance
2009 MAR -2 P 2:42
MARIE SCOTT
BONNER COUNTY RECORDER
CB DEPUTY

BOARD OF KOOTENAI COUNTY COMMISSIONERS

S.J. "GUS" JOHNSON

ELMER R. CURRIE

KATIE BRODIE

STATE OF IDAHO )
) ss.
County of Kootenai )

On this 11th day of May, in the year 2006, before me Cindy Lindquist, personally appeared S.J. "GUS" JOHNSON, ~~ELMER R. CURRIE~~, KATIE BRODIE, know or identified to me to be the County Commissioners of Kootenai County, Idaho that executed the said instrument, and acknowledged to me that such Board of County Commissioners of Kootenai County, Idaho executed the same

CINDY LINDQUIST NOTARY PUBLIC STATE OF IDAHO

Notary Public for the State of Idaho
Residing at: Cd'A
My Commission Expires: 4/23/09
cc:

EXHIBIT E
CV-12-296-N-CWD

094

IN100

767699

# NOTICE OF LIEN AND APPLICATION FOR MEDICALLY INDIGENT BENEFITS

FILED BY
Kootenai Co. Assistance
2009 MAR -2 P 2:43
MARIE SCOTT
BONNER COUNTY RECORDER
CB DEPUTY

RE: Request Number: [redacted]

Pursuant to Idaho Code §31-3501 et seq., the Board of County Commissioners of Kootenai County, hereby claim a statutory lien on behalf of Kootenai County and/or the Catastrophic Health Care Costs Program in an unliquidated amount against all real and/or personal property including but not limited to the following described property of SCHUMACHER, DANE LOU, whose last known address is P.O. BOX 411, Rathdrum ID 83858. Said lien arises from an application which was filed on April 27, 2006 for necessary medical services which were rendered to the above named individual(s), or their minor dependent(s), which service commenced on November 22, 2005 and for any follow up care required for this illness or injury.

LEGAL DESCRIPTION: 13-55N-4W
S2SW 3 OF RR & WEST OF CO RD

BOARD OF KOOTENAI COUNTY COMMISSIONERS

ELMER R. CURRIE

RICHARD A. PIAZZA

W. TODD TONDEE

STATE OF IDAHO )
) ss.
County of Kootenai )

On this 2nd day of March, in the year 2009, before me Ranell Sims, personally appeared ELMER R. CURRIE, RICHARD A. PIAZZA, W. TODD TONDEE, know or identified to me to be the County Commissioners of Kootenai County, Idaho that executed the said instrument, and acknowledged to me that such Board of County Commissioners of Kootenai County, Idaho executed the same

RANELL SIMS NOTARY PUBLIC STATE OF IDAHO

Notary Public for the State of Idaho
Residing at: Coeur d'Alene
My Commission Expires: 5-18-2013
cc:

IN100

EXHIBIT F
CV-12-296-N-CWD

MAIL TO: KOOTENAI CO ASSISTANCE. PO BOX 9000 CDA 83816-9000

RECEIVED
JUL 0 3 2007
[illegible]

***First American Title Company***

**419 North Second Ave. • Sandpoint, ID 83864**

## *Buyer's Final Settlement Statement*

**Property:**

**File No:** [redacted]
**Officer:** Fern Ellsworth/fe
**New Loan No:**
**Settlement Date:**
**Disbursement Date:** 07/13/2005
**Print Date:** 7/13/2005, 8:19 AM

**Buyer:** Dane L. Schumacher
**Address:** P O Box 411, Rathdrum, ID 83858
**Seller:** Marsha L. Hoster
**Address:** P O Box 1361, Priest River, ID 83856

| Charge Description | Buyer Charge | Buyer Credit |
|---|---|---|
| **Consideration:** | | |
| Total Consideration | 65,000.00 | |
| | | |
| **Earnest Money:** | | 1,000.00 |
| Total Deposit/Earnest Money | | |
| **Subtotal:** -$1,000.00 | | |
| | | |
| **Prorations:** | | 9.03 |
| County Tax 01/01/05 to 07/13/05 @517.08/yr | | |
| | | |
| **Title/Escrow Charges to:** | | |
| Settlement or Closing Fee - First American Title Company | 130.00 | |
| Recording Fee-Deed - First American Title Company | 6.00 | |
| **Subtotal:** $136.00 | | |
| Cash (X From) ( To) Borrower | | 64,126.97 |
| | | |
| Totals | 65,136.00 | 65,136.00 |

BUYER(S):

[signature]
Dane L. Schumacher

EXHIBIT G
CV-12-296-N-CWD

097

705573

FILED BY Dane Schumacher
2006 JUN -6 P 2:55
300
MARIE SCOTT
BONNER COUNTY RECORDER
[signature] DEPUTY
RECORDER USE ONLY

# QUITCLAIM DEED

FOR VALUABLE CONSIDERATION, The receipt and sufficiency of which are hereby acknowledged,

DANE L. SCHUMACHER

the Grantor___, whose address is P.O.BOX 681 RATHDRUM,ID. 83858 do___ hereby remise, release and forever quitclaim unto NATHAN A. SCHUMACHER

the Grantee___, whose address is 10608 N.MEYER RD. RATHDRUM,ID.83858 and his heirs, successors and assigns, all of the Grantor's right, title and interest, including after-acquired title, in the following described premises, in BONNER, County of IDAHO; State of Idaho, to-wit:

THAT PART OF THE SOUTH HALF OFTHE SOUTHWEST QUARTER OF SECTIN 13 ,TOWNSHIP 55 NORTH,RANGE 4 WEST,BOISE MERIDIAN, LYING BETWEEN THE BANDY COUNTY ROAD RIGHT OF WAY ANDTHE EAST SIDE OF THE SPOKANE INTERNATIONAL RAILROAD RIGHT OF WAY.

together with their appurtenances.

Dated: June 6, 2006

Dane L Schumacher

State of Idaho, County of Kootenai

On this 6 day of June, 2006 before me a notary public in and for said State, personally appeared Dane L. Schumacher

known or proved to me to be the person__ whose name is subscribed to the within instrument, and acknowledged to me that He executed the same.

Cecil Kelly III
Notary Public for the State of Idaho
Residing at Coeur d'Alene
My Commission Expires 3 Nov 2009

CECIL KELLY III NOTARY PUBLIC STATE OF IDAHO

LAW SHOP OF NI FORM

EXHIBIT H
CV-12-296-N-CWD

STATE OF IDAHO
County of Bonner
I, Marie Scott, County Recorder in and for the county and state aforesaid, do hereby certify that the foregoing instrument is a true and correct copy of the original thereof recorded in my office by instrument number 705573
Witness my hand and seal
the 4 day of September 2012
MARIE SCOTT, COUNTY RECORDER
By Cynthia Brannen Deputy

BONNER COUNTY RECORDER ** SEAL ** COUNTY, IDAHO

NICOLAS V. VIETH
Bar Nos. ID 8166 / WA 34196
Vieth Law Offices, Chtd.
912 East Sherman Avenue
Coeur d' Alene ID 83814
Telephone: 208.664.9494
Facsimile: 208.664.9448
Email: nick@viethlaw.com

Attorney for Dane L. Schumacher

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**
**(Honorable Candy W. Dale, Magistrate)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Real Property Located at 5294 BANDY ROAD, PRIEST RIVER, BONNER COUNTY, IDAHO, and all fixtures and improvements and appurtenances thereon (Owner of Record: Nathan A. Schumacher),**<br><br>**Defendant.** | ) | **CASE NO. CV-12-000296-N-CWD**<br><br>**STATEMENT OF INTEREST** |

I, Dane L. Schumacher, mindful of the penalties for perjury, files this verified claim of ownership of the above described property. As grounds for this claim, claimant states the following:



1. I am a single man. I was the owner of the real property located at 5294 Bandy Road, Priest River, Bonner County, Idaho, including all appurtenances and improvements thereon, but signed and filed a Quick Claim Deed to my son, Nathan Schumacher, on June 6, 2006, and became his sole property on that date, primarily due to medical expenses. Please see the attached Quit Claim Deed.

2. I hereby claim the right to defend this action.

I declare under penalty of perjury that the foregoing is true and correct and executed on this 5th day of September, 2012.

DANE L. SCHUMACHER

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of September, 2012, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

anthony.hall@usdoj.gov

*/s/ Nicolas V. Vieth*
NICOLAS V. VIETH